UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADEKUNLE A. ONATOLU,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SSI,<br><br>                    Defendant. | 20-CV-7604 (CM)<br><br>ORDER |

COLLEEN McMAHON, Chief United States District Judge:

The Court denies Plaintiff leave to file this action because he has failed to comply with the Court's order barring him from filing any new action *in forma pauperis* (IFP) without first obtaining leave from this Court to file. *See Onatolu v. U.S. Army*, ECF 1:15-CV-2829, 4 (S.D.N.Y. July 9, 2015).[1]

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Plaintiff consents to electronic service. (ECF No. 3.)

SO ORDERED.

Dated:   October 19, 2020
         New York, New York

                                              _____
                                              COLLEEN McMAHON
                                              Chief United States District Judge

---

[1] Plaintiff attaches to his complaint a notice of appeal, a motion for extension of time to file a notice of appeal, a motion for leave to proceed IFP on appeal, and an application to appeal IFP. At the time Plaintiff filed his complaint, however, there was no order in this action from which to appeal, and the Court therefore does not address these documents.